AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) |
| | )    Case No.   19-mj-00136-MEH |
| RAJAY DOBSON | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      **X** Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1349, Attempt and Conspiracy to Commit Mail Fraud (18 U.S.C. 1341)

Date:    06/06/2019                                        *Michael E. Hegarty*
                                                           _____
                                                           *Issuing officer's signature*

City and state:    Denver, CO                    Michael E. Hegarty, U.S. Magistrate Judge
                                                           *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                        _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |